FILED
CLERK

10/8/2026 10:07 am

U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------------x

MURAT YURDUSEN # 220 106 881,

Plaintiff,

v.

TODD BLANCHE, Attorney General of the United States; JOSEPH B. EDLOW, Director, U.S. Citizenship and Immigration Services; U.S. CITIZENSHIP AND IMMIGRATION SERVICES,

Defendants.

---------------------------------------------------------------------x

**STIPULATION OF DISMISSAL**
**WITHOUT PREJUDICE**

Civil Action No.
26-cv-3233

(Brown, J.)

IT IS HEREBY STIPULATED AND AGREED, by and between the parties to the above-captioned action, that this action shall be dismissed without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear its own costs, expenses, and fees.

Dated: West Babylon, New York
October 7, 2026

LAW OFFICE OF VANESSA ZWAIK
*Counsel for Plaintiff*
470 Sunrise Highway
Ste 1
West Babylon, New York 11704

By: *__/s/ Vanessa E. Zwaik__*

Vanessa E. Zwaik, Esq.
(631) 620-3337
vzwaik@zwaik.com

Dated: 10/8/2026
So Ordered. The Clerk of the Court is directed to close this case.
*/s/ Gary R. Brown*
GARY R. BROWN, U.S.D.J.

Dated: Central Islip, New York
October 7, 2026

JOSEPH NOCELLA, JR.
United States Attorney
*Counsel for Defendants*
Eastern District of New York
610 Federal Plaza
Central Islip, New York 11722

By: *__/s/ Marika M. Lyons_____*
Marika M. Lyons
Assistant U.S. Attorney
(631) 715-7822
marika.lyons@usdoj.gov